UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21480-CIV-UNGARO

JOHN C. ODOM,

    Plaintiff,

v.

LAZARO R. NAVARRO, individually,
MIAMI YACHT SALES, INC., and
John Does 1-10,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte.*

THE COURT has considered and the pertinent portions of the record and is otherwise fully advised in the premises. On January 8, 2010, Plaintiff filed a Motion for Summary Judgment, and Defendants' response was due on or before January 29, 2010. *See* Fed. R. Civ. Pro. 56(c)(2). A review of the docket reveals that Defendants have not responded. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants SHALL respond to Plaintiff's Motion for Summary Judgment on or before **February 3, 2010.** <u>No extensions will be granted, and Defendants are cautioned that failure to respond will result in granting Plaintiff's Motion by default.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of February, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record