UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-21480-CV-UNGARO

JOHN C. ODOM
        Plaintiff,

v.

LAZARO R. NAVARRO,
and FYI INTERNATIONAL LLC,
        Defendants.

## ORDER ON MOTION FOR COURT
## TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon Plaintiff John C. Odom's Motion for the Court to Enforce Settlement Agreement, filed on August 27, 2010.  (D.E. 80.) Defendants Lazaro R. Navarro and FYI International, LLC filed its Response on September 28, 2010, stating that they have "no response or comment as to the issues presented in the Plaintiff's Motion for Court to Enforce Settlement Agreement." (D.E. 82.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

## BACKGROUND

Plaintiff Odom filed suit against Defendants Lazaro R. Navarro and FYI International, Inc. (collectively "FYI" or the "Defendants") for copyright infringement of a series of photographs taken pursuant to an agreement between the parties on June 2, 2009. (D.E. 1.)

On April 28 and 29, 2010, the parties executed a Settlement and Release Agreement

("Settlement Agreement," D.E 80, Exh. A) stating in part that:

> FYI shall pay to [Plaintiff Odom] the sum of twenty-four thousand US dollars ($24,000.00) in full settlement and release of [Plaintiff Odom]'s Lawsuit as set forth in Section 3 above, inclusive of all fees and costs associated with [Plaintiff Odom]'s Lawsuit ("Payment"). Such Payment shall be made by check to the "Law Office of Carolyn E. Wright, LLC, Trust Account," and mailed to Carolyn E. Wright at:
>
> > Law Office of Carolyn E. Wright, LLC
> > PO Box 430
> > Glenbrook, NV 89413
>
> in three installments, payable as follows: $8,000 by June 18, 2010 (the "First Installment"), $8,000 by April 26, 2011, and $8,000 by April 26, 2012 (collectively, the "Payments"). If [Plaintiff Odom] believes that any of the Payments have not been timely received, he will give written notice to FYI's attorney of record in the Lawsuit. FYI will have five (5) business days from the date of receipt of the notice either to confirm that payment was made or to cure the failure before being deemed in breach of this Agreement. If FYI breaches its payment obligation, FYI agrees that all of the remaining Payments shall become immediately due and payable, and that [Plaintiff Odom] is entitled to recover this amount, plus interest at the legal rate from the date of breach until the date of collection, plus any attorneys' fees and costs incurred to collect the unpaid balance.

*See* Settlement Agreement, ¶ 7. According to the Settlement Agreement, the First Installment was due on June 18, 2010. At the time of the filing of Plaintiff's motion, FYI had not made the First Installment payment. Through counsel, Plaintiff gave written notice to Defendants that the First Installment had not been received. After Defendants failed to either confirm the payment was made or cure the failure to pay, Plaintiff notified Defendants that Plaintiff would seek relief from the Court.

## ANALYSIS

In this Court's May 5, 2010 Order Dismissing the Case, the Court specifically noted that "[t]he Court SHALL retain jurisdiction to enforce the terms of the parties' settlement

agreement." (D.E. 79.) Accordingly, as Defendants have not made timely payment of the First Installment to Plaintiff Odom, Plaintiff provided written notice of nonpayment to Defendants, and more than five business days passed without Defendants confirming payment or curing their failure to make payment, Defendants have breached of the Settlement Agreement.  Further, Defendants have not provided any defenses for their breach.

## CONCLUSION

Based on the foregoing, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. Judgment in the favor of Plaintiff and jointly and severally against Defendants is entered in the amount of $24,000, plus interest at the legal rate from June 18, 2010 until the date of collection of the judgment, plus any attorneys' fees and costs incurred to collect the unpaid balance and for costs and attorney's fees associated with this Motion.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of October, 2010.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE